TO JUDGE

THE HONORABLE MARSHA J PECHMAN

____ FILED ____ ENTERED
____ LODGED ____ RECEIVED

JUL 11 2002  KN

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Q-PHARMA, INCORPORATED,

    Plaintiff-Counterdefendant,

v

THE ANDREW JERGENS CORPORATION, INCORPORATED,

    Defendant-Counterclaimant

No C01-1312P

**THE ANDREW JERGENS COMPANY'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11**

**FILED UNDER SEAL**

CV 01-01312 #00000081

ORIGINAL

REPLY BRIEF IN SUPPORT OF MOTION FOR
SANCTIONS PURSUANT TO FED R. CIV P 11
Case No C01-1312P
118338 0001/934930 1