FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 18 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

Q-PHARMA, INCORPORATED,

    Plaintiff,

v.

THE ANDREW JERGENS CORPORATION, INCORPORATED,

    Defendants,

## JUDGMENT IN A CIVIL CASE

CASE NO. C01-1312P

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: This matter is dismissed.

Dated: 11-18-02

BRUCE RIFKIN, Clerk of Court

_____
By, Deputy Clerk